

# NUMBER 13-15-00366-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID CHARLES LOEB,**                            **Appellant,**

**v.**

**DAVID M. COOVER,**                                  **Appellee.**

---

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas

---

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

This cause is before the Court on appellant David Loeb's amended unopposed motion to stay further proceedings and deadlines in this Court until the conclusion of mediation, which is scheduled for the first week in November. The Court, having examined and fully considered the documents on file and the unopposed motion to stay,

is of the opinion that the motion to stay proceedings and deadlines in the appeal should be granted. The motion to stay is GRANTED and the deadlines and proceedings in this appeal will be STAYED until mediation has been concluded. The Court directs appellant to file, on or before November 13, 2015, either (1) a motion to reinstate the appeal, (2) a motion to dismiss the appeal pursuant to settlement, or (3) a motion to abate the appeal pending conclusion of mediation.

PER CURIAM

Delivered and filed the
4th day of November, 2015.

2